IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JESSIE BENTON,<br>ANTHONY GUDE,<br>DARIA LYMAN, AND<br>CYBELE BENTON MCCORMICK<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>UMB BANK, N.A.,<br><br>　　　　　*Defendant*. | Case No. 4:21-cv-00432-BCW |

## DEFENDANT UMB BANK, N.A.'S MOTION TO FILE UNDER SEAL

Defendant UMB Bank, N.A. ("UMB") respectfully requests that the Court file under seal various pleadings and other court records from the state court record in the case captioned *Jessie Benton, et al., v. UMB Bank, N.A.*, Case No. 19P8-PR01534, Circuit Court of Jackson County, Missouri, Probate Division (hereinafter the "State Court Action"). UMB has removed the State Court Action to this Court. The docket in the State Court Action contains various pleadings and other records that were already under seal in the State Court Action. Accordingly, UMB respectfully requests that this Court seal those same pleadings and court records in this case.[1]

WHEREFORE, UMB respectfully requests that the Court file under seal pleadings and other court records from the State Court Action that were already under seal in that case and grant such other and further relief as is just and proper under the circumstances.

---

[1] As per the CM/ECF Administrative Procedures & User Guide for the United States District Court for the Western District of Missouri (Rev. Jan. 2018, p. 8), UMB has sent an e-mail to the Courtroom Deputy containing a hyperlink to a file share site containing the pleadings and other court records from the State Court Action that UMB requests this Court file under seal. The pleadings and other court records were not attached to the e-mail because they are too voluminous.

1

Dated: June 19, 2021

Respectfully submitted by,

 */s/ Todd W. Ruskamp*
Todd W. Ruskamp, Mo Bar No. 38625
Email: truskamp@shb.com

B. Trent Webb, Mo Bar No. 40778
Email: bwebb@shb.com
Ryan J. Schletzbaum, Mo Bar No. 62631
Email: rschletzbaum@shb.com
Samuel J. LaRoque, Mo Bar No. 71052
Email: slaroque@shb.com

Patrick L. Kenney, Mo Bar No. 50205
Email: pkenney@shb.com
Russell J. Shankland, Mo Bar No. 63238
Email:rshankland@shb.com

SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: 816.474.6550
Facsimile: 816.421.5547

***Attorneys for Defendant UMB Bank, N.A.***

# CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2021 a true and correct copy for the above and foregoing was served by e-mail to the following counsel of record:

Robert L. Langdon, Mo Bar No. 23233
bob@lelaw.com
J. Kent Emison, Mo Bar No. 29721
kent@lelaw.com
Michael W. Manners, Mo Bar No. 25394
mike@lelaw.com
John W. Tyner, Mo Bar No. 58864
john@lelaw.com
O. Nicole Smith, Mo Bar No. 68406
nicole@lelaw.com
LANGDON & EMISON, LLC
911 Main Street
P.O. Box 220
Lexington, MO 64067
Telephone: 660-259-6175
Facsimile: 660-259-4571

Andre Boyda, Mo Bar No. 64638
boydalaw@gmail.com
BOYDA LAW, LLC
1828 Swift Avenue, Suite 302
North Kansas City, MO 64116
Telephone: 816-419-8333
Facsimile: 816-527-8589

Larry D. Harman, Mo Bar No. 27120
lharman@withersbryan.com
WHITHERS, BRYANT, IGOE & MULLENIX, P.C.
2 South Main Street
Liberty, MO 64068
Telephone: 816-781-4788
Facsimile: 8160-792-2807

*Attorneys for Plaintiffs*

                                        */s/ Todd W. Ruskamp*
                                        Todd W. Ruskamp

3

Case 4:21-cv-00432-BCW    Document 10    Filed 06/19/21    Page 3 of 3